# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151039

In re N. S. A. McCARTHY, Minor.

SC: 151039
COA: 318855
Oakland CC Family Division:
07-739244-NA

_____/

On order of the Court, the application for leave to appeal the January 15, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument, for the morning session on May 5, 2015, on whether to grant the application or take other action. MCR 7.302(H)(1). The parties and the lawyer-guardian ad litem (LGAL) shall file briefs no later than April 17, 2015, addressing whether termination of parental rights was in the best interests of the child. In particular, the parties and the LGAL shall address the effect given to the child's age, her expressed desire for her mother to retain parental rights, and the LGAL's concurrence that parental rights should not be terminated. See MCL 722.23(i). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2015



Clerk

p0325d